# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, for the use and benefit of: JAMES P. MURPHY, an individual, dba JAMES P. MURPHY CONSTRUCTION, dba JME MURPHY CONSTRUCTION CO.

VS

R Q CONSTRUCTION, INC., a California corporation; Continental Casualty Company, a corporation, and Does 1 through 10, inclusive.

FILED
2010 MAR 10 PM 3:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### SUMMONS IN A CIVIL ACTION

Case No.

'10 CV 0513        W   CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John C. Edwards
Anthony W. Silvia
2223 Avenida de la Playa, Suite 100
La Jolla, California 92037
(858) 459-7145 * (858) 459-7147 (Fax)

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    3/10/10
CLERK                                      DATE

By _____, Deputy Clerk

Summons in a Civil Action