GERARD SMOLIN JR., SBN 79347
**RQ CONSTRUCTION, INC.**
3194 LIONSHEAD AVENUE
CARLSBAD, CALIFORNIA 92010
TELEPHONE: (760) 631-7707
FACSIMILE: (760) 631-7739

DAVIDE GOLIA, SBN 118464
NOWELL A. LANTZ, SBN 235822
**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
8620 SPECTRUM CENTER BOULEVARD – SUITE 900
SAN DIEGO, CALIFORNIA 92123-1489
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendant and Cross-Claimant RQ Construction, Inc. and Defendant Continental Casualty Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of JAMES P. MURPHY, an individual dba JAMES P. MURPHY CONSTRUCTION, dba JAMES MURPHY CONSTRUCTION CO.<br><br>Plaintiff,<br><br>v.<br><br>RQ CONSTRUCTION, INC., a California corporation; CONTINENTAL CASUALTY COMPANY, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 10-CV0513 W (CAB)<br><br>NOTICE OF OMISSION OF TABLE OF CONTENTS TO EXHIBITS IN RQ CONSTRUCTION, INC.'S COUNTERCLAIM<br><br>Assigned to:<br>Hon. Thomas J. Whelan, Courtroom 7<br><br>Complaint Filed:   March 10, 2010<br>Trial Date:            Not Set |
| RQ CONSTRUCTION, INC., a California corporation,<br><br>Counter-Claimant, | |

| | |
|---|---|
| 1 | v. |
| 2 | |
| 3 | JAMES P. MURPHY, an individual dba JAMES P. MURPHY CONSTRUCTION, dba JAMES MURPHY CONSTRUCTION CO, |
| 4 | |
| 5 | |
| 6 | Counter-Defendant. |

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

On April 4, 2010, RQ Construction, Inc. filed a Counterclaim with two exhibits. The table of contents for these exhibits, required by the Court, was omitted. Attached as Exhibit "A" is the Table of Contents-Exhibits of Counterclaim.

DATED: April 7, 2010

Respectfully submitted,

MARKS, GOLIA & FINCH, LLP

By: s/Nowell A. Lantz
DAVIDE GOLIA
NOWELL A. LANTZ
Attorneys for Attorneys for Defendant and Cross-Claimant RQ Construction, Inc. and Defendant Continental Casualty Company

971.018/NAL1525.cdc

MARKS, GOLIA & FINCH, LLP
8620 Spectrum Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

## TABLE OF CONTENTS

| | |
|---|---|
| Exhibit A | Page 1 |

NOTICE OF OMISSION OF TABLE OF CONTENTS TO EXHIBITS IN RQ CONSTRUCTION, INC.'S COUNTERCLAIM

MARKS, GOLIA & FINCH, LLP
8620 Spectrum Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

## TABLE OF CONTENTS – EXHIBITS TO COUNTERCLAIM

| | |
|---|---|
| Exhibit A | Pages 000001 - 000050 |
| Exhibit B | Pages 000051 - 000121 |

Exhibit A

Page 1

4

NOTICE OF OMISSION OF TABLE OF CONTENTS TO EXHIBITS IN RQ CONSTRUCTION, INC.'S COUNTERCLAIM

MARKS, GOLIA & FINCH, LLP
8620 Spectrum Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY and declare under penalty of perjury that I am over the age of 18 years and am not a party to this action. My business address is 8620 Spectrum Center Boulevard, Suite 900, San Diego, California 92123. A copy of the foregoing NOTICE OF OMISSION OF TABLE OF CONTENTS TO EXHIBITS IN RQ CONSTRUCTION, INC.'S COUNTERCLAIM was served on all parties on this date by electronically submitting a copy of the same on the United States District Court's CM/ECF system.

Dated: April 6, 2010

_____
Christy Corpuz

971.018/POS.cdc

CERTIFICATE OF SERVICE