DAVIDE GOLIA, SBN 118464
EMAIL: dgolia@mgfllp.com
NOWELL A. LANTZ, SBN 235822
EMAIL: nlantz@mgfllp.com

**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
8620 SPECTRUM CENTER BOULEVARD – SUITE 900
SAN DIEGO, CALIFORNIA 92123-1489
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendant and Counter-Claimant RQ Construction, Inc. and Defendant Continental Casualty Company

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of JAMES P. MURPHY, an individual dba JAMES P. MURPHY CONSTRUCTION, dba JAMES MURPHY CONSTRUCTION CO.<br><br>Plaintiff,<br><br>v.<br><br>RQ CONSTRUCTION, INC., a California corporation; CONTINENTAL CASUALTY COMPANY, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 10-CV0513 W (CAB)<br><br>APPLICATION TO AMEND THE SCHEDULING ORDER<br><br>Assigned to:<br>Hon. Thomas J. Whelan<br>Hon. Cathy Ann Bencivengo<br><br>Complaint Filed: March 10, 2010<br>Trial Date: Not Set |
| AND RELATED COUNTER-CLAIMS | |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Defendant and Counter-Claimant RQ Construction, Inc. ("RQ") and Defendant Continental Casualty Company, through their counsel, submit the following Application to Amend the Scheduling Order:

1) On September 29, 2010, RQ Construction, Inc. ("RQ") served written discovery on JME Construction. JME failed to provide responses by November 22, 2010, as required. As a result, on December 23, 2010, RQ submitted an ex parte application to compel the responses.

2) On January 19, 2011, the Court held a hearing on RQ's motion to compel. JME failed to attend. Subsequently, the Court set a new date of February 1, 2011, for JME to provide responses, and a Status Conference for February 9, 2011. On February 9, 2011, nine days after the deadline, JME provided written discovery responses to RQ.

3) The significant delay in receiving JME's written discovery has prejudiced RQ's ability to prepare its case within the currently noticed dates.

4) At the Status Conference on February 9, 2011, counsel for RQ raised the possibility of extending certain discovery deadlines as a result of the delay in receiving JME's discovery responses. The Court and JME were agreeable.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

MARKS, GOLIA & FINCH, LLP
8620 Spectrum Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

5)    Counsel for RQ proposed the revised dates to JME, but received no response. Accordingly, RQ applies to the above captioned Court for the following revisions to the current discovery schedule:

    a)    Deadline to exchange Expert Witness Reports – from February 22, 2011, to March 11, 2011;

    b)    Deadline to serve supplemental/rebuttal Expert Witness Reports for purposes of rebuttal – from March 8, 2011, to March 28, 2011;

    c)    Discovery cutoff – from March 28, 2011, to April 15, 2011.

6)    All other dates shall stay the same.

DATED: February 16, 2011

Respectfully submitted,

MARKS, GOLIA & FINCH, LLP

By:  s/ Nowell A. Lantz
DAVIDE GOLIA
NOWELL A. LANTZ
Attorneys for Defendant and Counter-Claimant RQ Construction, Inc. and Defendant Continental Casualty Company
Email: nlantz@mgfllp.com

971.018/3102086.cdc

MARKS, GOLIA & FINCH, LLP
8620 Spectrum Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

DAVIDE GOLIA, SBN 118464
EMAIL: dgolia@mgfllp.com
NOWELL A. LANTZ, SBN 235822
EMAIL: nlantz@mgfllp.com

**MARKS, GOLIA & FINCH, LLP**
ATTORNEYS AT LAW
8620 SPECTRUM CENTER BOULEVARD – SUITE 900
SAN DIEGO, CALIFORNIA 92123-1489
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendant and Counter-Claimant RQ Construction, Inc. and Defendant Continental Casualty Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of JAMES P. MURPHY, an individual dba JAMES P. MURPHY CONSTRUCTION, dba JAMES MURPHY CONSTRUCTION CO.,<br><br>Plaintiff,<br><br>v.<br><br>RQ CONSTRUCTION, INC., a California corporation; CONTINENTAL CASUALTY COMPANY, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 10-CV0513 W (CAB)<br><br>PROOF OF SERVICE BY MAIL<br><br>Assigned to:<br>Hon. Thomas J. Whelan<br>Hon. Cathy Ann Bencivengo<br><br>Complaint Filed:  March 10, 2010<br>Trial Date:         Not Set |
| AND RELATED COUNTER-CLAIMS | |

I, Christy D. Corpuz declare that:

I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California; where the mailing occurs; and my business address is 8620 Spectrum Center Boulevard, Suite 900, San Diego, California 92123-1489. I further declare

that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I caused to be served the following document(s):

APPLICATION TO AMEND THE SCHEDULING ORDER; ORDER ON APPLICATION TO AMEND THE SCHEDULING ORDER, by placing a copy thereof in a separate envelope for each addressee listed as follows:

| | |
|---|---|
| Mr. James P. Murphy<br>2690 North State Street<br>San Bernardino, California 92407<br>Telephone: (909) 717-6713<br>Email: jmemechanical@gmail.com | PLAINTIFF and COUNTER-DEFENDANT JAMES P. MURPHY, dba JAMES P. MURPHY CONSTRUCTION, dba JAMES MURPHY CONSTRUCTION CO. |

I then sealed the envelope(s) and, with the postage thereon fully prepaid, either deposited it/each in the United States Postal Service or placed it/each for collection and mailing on February 16, 2011, at San Diego, California, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 16, 2011.

_____
Christy D. Corpuz

971.018/POS.cdc

MARKS, GOLIA & FINCH, LLP
8620 Spectrum Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

2

10-CV0513 W (CAB)